# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 09 C 50154 | **DATE** | 9/10/2009 |
| **CASE TITLE** | Pavlin et al. vs. McHenry County et al. | | |

**DOCKET ENTRY TEXT:**

For a court to compel production of grand jury transcripts, the party seeking disclosure of the transcripts must "show that the material they seek is needed to avoid a possible injustice in another judicial proceeding, that the need for disclosure is greater than the need for continued secrecy, and that their request is structured to cover only material so needed." *In re Matter of Grand Jury Proceedings*, 942 F.2d 1195, 1198 (7th Cir. 1991). "Put simply, the secrecy of the grand jury proceeding will not be broken down except where the party seeking disclosure can show a 'compelling necessity' or a 'particularized need.'" *Id*. In this case, Plaintiffs have not made the required showing to justify production of the requested grand jury transcript. The court denies Plaintiffs' motion [9] to produce grand jury testimony. Plaintiffs' motion [8] for a protective order relates to the grand jury transcripts, and is moot.

*/s/ P. Michael Mahoney*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | BMJ |
|---|---|---|